JOESEPH DAUGENTi
PO BOX 3030
SUSANVILLE CA
96127
[IN PROPIA PERSONA]

NEW

FILED
07 MAY 22 AM 11:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# U.S. District Court Northern District California

E-Filing

**C 07 2703 (PR)**

CW

MOTION(S)

| | |
|---|---|
| JOSEPH DAUGENTi PLAINTIFF  -vs- TEHAMA COUNTY SUPERIOR COURT (THE PEOPLE)  DISTRICT ATTORNEY GREGG COHEN  THOMAS J. HILLIGAN ATTORNEY AT LAW | FOURTEENTH AMENDMENT VIOLATIONS  IMPEACHING IN CUSTODY INFORMANT  MANIFEST INJUSTICE (INEFFECTIVE COUNSEL) |

I JOESEPH DAUGENTi IN PROPIA PERSONA DO IN FACT APPEAL THE JUDGEMENT MADE AGAINST ME.

I MOVE THIS COURT TO SET A SPECIAL HEARING FOR JUDICIAL REVIEW BASED UPON FACTS AND INFORMATION THAT THE DEFENDANTS DID KNOWINGLY AND WILLINGLY

-1-

VIOLATE MY FOURTEENTH AMEND RIGHTS [USCA] TO WIT: EQUAL PROTECTION

I WOULD ALSO AT THIS TIME MOVE THIS VERY HONORABLE COURT TO APPOINT A SPECIAL PRIVILIGED PERSON A ATTORNEY TO INSURE THE PLAINTIFFS SIXTH AMEND RIGHTS ARE KEPT INTACT.

I ALSO PRAY THIS VERY HONORABLE COURT SET A SPECIAL HEARING TO INVESTIGATE INEFFECTIVE COUNSEL AND REASONS WHY THEY (HE) WOULD IN FACT WAIVE A PRELIMINARY HEARING AND DO LITTLE OR NOTHING TO IMPEACH IN MY VIEW A VERY IMPEACHABLE WITNESS.

IS IT POSSIBLE FOR THIS VERY HONORABLE COURT TO REVIEW THE LEGALITIES OF COERCING A INCUSTODY WITNESS WITHDRAW MY PLEA DUE TO MANIFEST INJUSTICE [INEFFECTIVE COUNSEL] VACATE SENTENCE AND RETRY THIS SPECIAL PRIVILIGED PERSON AND IMPOSE PROPER SENTENCE.

THIS SPECIAL PRIVILEGED PERSON FEELS DEEPLY NOT DUE PROCESS BUT CIVIL RIGHTS HAVE BEEN VIOLATED TO MANUFACTURE A CONVICTION.

IS IT POSSIBLE FOR A PUBLIC DEFENDER TO "LAY DOWN" AND LET A <u>VERY</u> UNRELIABLE WITNESS AND CO-DEFENDANT TESTIFY TO NOT ONLY BE RELEASED FROM CUSTODY THE SAME DAY AS HER CONFESSION

LET US SUPPOSE THIS VERY UNRELIABLE WITNESS IN FACT GAVE TWO SEPARATE STATEMENTS ON THIS DAY AT SEPARATE TIMES AND BOTH CONFLICTING. <u>SEE ATTACHED PETITION</u>

I SWEAR THE AFOREMENTIONED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

6th MAY 2007

EXECUTED AT H.D.S.P.

CC:
PLAINTIF
TEHAMA CO.
SUPERIOR COURT AND DISTRICT ATTORNEY
THOMAS J HILLIGAN
  PUBLIC DEFENDER

US DISTRICT COURT
NO CAL DISTRICT

*Joseph Daugenti Jr*
JOSEPH DAUGENTI JR.
PLAINTIFF

-3-

JOESEPH DAUGENTI
PO BOX 2030
SUSANVILLE CA 96127
IN PROPIA PERSONIA

# US DISTRICT COURT
# NO. DISTRICT OF
# CALIFORNIA

| | |
|---|---|
| JOESEPH DAUGENTI<br>PLAINTIFF<br>-VS-<br>TEHAMA COUNTY<br>SUPERIOR COURT<br>GREGG COHEN D.A.<br>THOMAS J. HILLIGAN<br>PUBLIC DEFENDER | **PETITION**<br>**INFORMATION**<br>COERCED<br>WITNESS<br>INEFFECTIVE<br>COUNSEL<br>SUPPLEMENTAL |

THE PLAINTIFF IN THIS CASE DOES IN FACT HAVE INFORMATION TO IN MY HUMBLE OPINION THAT PROVES IN FACT THE WITNESS WAS COERCED INTO CONFESSION AND THEREFORE SHOULD OF AND WOULD OF IMPEACHED PROSECUTIONS ONLY WITNESS.

SIR IS IT POSSIBLE MISS EISCHEN WAS IN FACT IN CUSTODY [P.C.]

LET US SUPPOSE MISS EISCHEN WAS

-1-

RELEASED FROM CUSTODY AFTER THE JAIL COMMANDER DID PURPOSEFULLY MOVE MISS EISCHEN FROM PROTECTIVE CUSTODY TO GENERAL POPULATION TO COERCE THE CONFESSION AND BUNKED MISS EISCHEN IN BETWEEN THE VERY TWO GIRLS THAT FORCED P.C. SEVERAL WEEKS EARLIER, AND THAT SAME DAY OR NEXT SHE GAVE TWO CONFESSIONS A.M. AND P.M. BOTH DOCUMENTED AND CONFLICTING. THEN SHE WAS RELEASED THAT EVENING.

YOUR HONOR MISS EISCHEN WAS ON PROBATION, BEING CHARGED WITH ONE FELONY ONE MISDEMEANOR FACING [16-2-3] IN PRISON.

IS IT POSSIBLE FOR THE PROSECUTION TO SUBJEGATE THE LAWS OF THE LAND IN ORDER TO MANUFACTURE A CONVICTION BASED ON A OBVIOUSLY COERCED CONFESSION BY A CONVICTED FELON ON FELONY PROBATION FACING CERTAIN PRISON AND FURTHERMORE....

SIR I HAD A WITNESS THAT WAS RELIABLE AND DEFENSE COUNSEL KNEW BUT NEVER CALLED HER TO THE STAND KNOWING SHE WAS PRESENT AT THE TRIAL. I CANNOT SEE FROM HERE HOW MR. HILLIGAN WAS EFFECTIVE AND IN MY HUMBLE OPINION WAS IN FACT "IN BED" WITH PROSECUTION ON THIS ONE. AND JUST "PLAY ACTING" TO FULFILL ANY APPEAL QUESTIONS

YOUR HONOR, I BELIEVE MY VIEWS ARE PRUDENT-RATIONAL AND REASONABLE AND AM CONFIDENT YOU'LL GIVE IT HONEST CONSIDERATION I SWEAR THE AFOREMENTIONED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AT H.D.S.P. SUSANVILLE CA 96127.

ON THIS DAY
·06· MAY · 2007·

*Joseph Daugenti JR.*
JOSEPH DAUGENTI JR.

-2-

5-7-07

Dear Mr. Moller Sir,

Making a phone call at this juncture is next to impossible.

I have some interesting facts, so if could have your attention for just a moment..

I. since my incarseration have been confering with appellate attorneys, para-legals, prison law authorities.

Sir, I believe in my heart of hearts this is a clear cut case of "concessions for confessions". PEN C §1127a(c) also PEN C § 1191.25, 4001.1.

Furthermore the prosecutor "has a clear ethical duty to disclose to the defense any to all agreements w/witness"; to wit; CAL RULES OF PROF COND 5-220 PEOPLE -vs- PHILLIPS.

In short in my humble opinion, "RAILROADING" is unethical. Coercing a witness is illegal and here's some little known facts;

Miss Eischen told Hilligan at least two conflicting accounts of that day in question. A.M. & P.M. and both on the day of her release from custody and concessions unknown to me to this day.

-1-

Mr. Moller, I am giving just facts here...

Miss Eischen was on probation at the time of her arrest. Facing 16-2-3 in prison. Forced into Protective Custody with a "SNITCH JACKET"

This next fact is hard to believe but Tehama Co Jail Authorities put Miss Eischen...

Please Sir let me be clear...

Let us suppose Tehama County Jail Commander actually put Miss Eischen.

Sir, they put her back in General Population already fearing for her life. The very next day she provided the statement they needed only after two 2) documented statements AM & PM. To the best of my very humble knowledge her counsel was present at the damning P.M. confession (not the A.M.?) Back to ethics & proffesional Conduct again to clearly subjegating ("incustody" SNITCHES") laws.

I believe prosecution had Miss Eischen in a safe house GOVT C § 25360. Clearity:

The District Attorney - Jail Commander - Thomas Hilligan - Tehama Co. Sheriff arrested Miss Eischen for a felony and a misd. She was in jail and writting me daily (Graveyard Staff reads all mail in or out) and I recieved many from Miss Eischen. She got a "SNITCH JACKET" and P.C.'ed up.

Jay, the Jail Commander put her back in G.Population. That's criminal in itself she at best is 110 lbs wet and clothed and never been in jail before!!

-2-

day she was confused scared for her life. little known fact they linked her between the very two girls who P.C.ed her up in the first place! One is in Chowchilla (PRISON) the other a known gang member & on felony probation (VERY ROUGH).

Sir, very next day she sang "LIKE A BIRD"!!! During her testimony at TRIAL she couldn't even remember her "script." Hilligan asked her over & over 4-5 times about concessions & she searched about the courtroom for the "RIGHT" answer (the D.A. seemed to nod).

The term "RAILROAD" was born again this day, I refuse to do 9 yrs in prison when my USCA were discarded so the D.A. could get a "RAPSHEET" conviction!

Mr. Moller with all due respect to all involved I realize "MISS EISCHEN'S" STATEMENTS HURT ME" (QUOTE) her "RAPSHEET should of been "EVIDENCE" for the jury, it was not.

A third grader (in my opinion) could see blatent coersion for confession "(FRUITS OF THE POISENOUS TREE)".

Mr. Hilligan waived my PRELIM? What the Hell? The aforementioned third grader in my humble opinion could of impeached her in one cross examination or disqualified her and in the interest of justice had proper "Due Process" & sentencing instead we have a CIRCUS SIDESHOW" and a man at HDSP instead of furthering his

-3-

drug rehab. PROP. 36 like the people of the State of Calif. voted for people like myself.

Jay, In my humble opinion Hilligan had no intention of defending me as he would of his own son in the same predicament if that was the case. I was going to be convicted and "THEY" were going to see to it.

Mr. Mollen, I had a "RELIABLE" witness that was going to testify under oath she saw me purchase said drugs already packaged which is the truth anyways! Which would of made it simple possesion and I pray drug court reinstated I was working "drug court" and improving on my addiction. I was not selling. Prosecution has no evidence what-so-ever except a convicted felon on prolation and facing a certain prison term scared for her life. Couldn't even get the story straight on the stand. Please Mr. Mollen Sir.

Let me be clear and concise. I am convinced in my humble opinion my plea can & should be withdrawn. ① MANIFEST INJUSTICE (a) INEFFECTIVE COUNSEL ② CONCESSIONS FOR CONFESSION

Jay Mr. Hilligan could of impeached Miss Eischen in seconds. Let the D.A. lead her through testimony. told me my witness "wouldn't do any good"; "any good for who?" I believe the jury if presented with Miss Eischens "RAPSHEET" & history they in fact would of had little choice along with my witness but to impeach her.

Mr. Mollen Sir, the prosecution pushed too hard.

-4-

manufactured a questionable witness at best involved Hilligan, coerced the questionable witness to the point of putting her life in danger, obviously scripting her at trial which she fronted them off and Hilligan let her off the hook had her dead to rights. ~~Hello Captain Obvious~~

"Hello" Captain Obvious"

Jay, were not going to "NO-ISSUE" the opening brief. I would pray for you to move the court to withdraw plea for "MANIFEST INJUSTICE" set matter for retrial supeona witnesses and let a jury decide if Miss Eischen is credible. And introduce my witness for review by said jury.

Mr. Moller Sir I am not guilty of dealing drugs and am confident without a makeshift witness, who according to word on the streets; Miss Eischen is heavily involved in drugs as we speak and she should be brought in for a surprise test by probation for a disqualification, and prove her uncredible. Slam Dunk Sir.

Mr. Moller Sir, I had in my possesion 10 or so grams of meth for personal use and can prove it. No Miss Eischen, no sales, period.

Lets suppose we file the proper motions turn this ship around in the interest of justice. Get ready for the Supreme Court. Appoint me as co-counsel so I don't get fooled again, Mr Hilligan has got me several times before, not again I have a Sixth amendment right USCA and wish to exercise it if so needed as co-counsel I can be aware of all goings on.

-5-

Mr. Moller Sir, my trust & afforded the judicial system is severly compromised and no offense to you.

I would like a "BRADY DISCOVERY" as Mr Hilligan kept me very impaired and uninformed flying blindly into in my opinion "A TRAP."

This is pure bullshit Sir and I know relief is possible and a quick reversal. If this goes on much longer I will prepare to litigate for damages.

As of now just want a reversal in the interest of justice and be back on PROP. 36 in my view and humble opinion the correct judgement

Taxpayers like myself appoint these officials. When they use their positions to perform a travesty such as this it's a shame. I am willing to let this go and sign as to not push for damages in civil litigation.

Hope I was helpful as to help you bring justice to this case Sir I would pray for aforementioned "RELIEF" for the furtherance of Justice & relief to the taxpaying U.S. citizens.

I pray this petition finds you and yours in good health and spirits Jay!

I would appreciate your candor.

Jay I cannot lay down & let justice be swayed by a ROGUE TAGMET crew a prosecutor who is comfortable in these "SIDE SHOW" arenas. The truth always prevails and will once more I pray!

CC: TEHAMA CO. D.A.
THOMAS HILLIGAN (PUB DEF.)
R.J. MOLLER
DEFENDANT

GOD BLESS
I SWEAR THIS IS TRUE AND CORRECT TO MY KNOWLEDGE
Joseph Daugenti Jr.
(JOSEPH DAUGENTI JR.)

-6-