IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAUGENTI,<br><br>    Plaintiff,<br><br>  v.<br><br>TEHAMA COUNTY SUPERIOR COURT,<br><br>    Defendants.<br>_____/ | No. C 07-02703 CW (PR)<br><br>ORDER OF TRANSFER |

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at High Desert State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 9/17/07

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DAUGENTI,

        Plaintiff,

v.

TEHAMA COUNTY SUPERIOR COURT et al,

        Defendant.

Case Number: CV07-02703 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Daugenti P99703
A3-117L
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: September 17, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Daugenti2703.Transfer.frm 2